IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHNELL MIDDLETON *et al.*,

   Plaintiffs,

   v.

TIMOTHY WARD *et al.*,

   Defendants.

No. 5:21-CV-00334-MTT

**PLAINTIFFS' MOTION TO CERTIFY CLASS**

Plaintiffs respectfully move the Court under Rule 23 of the Federal Rules of Civil Procedure to certify two classes of similarly situated persons. The principal class consists of all persons who are now or will in the future be held in Georgia State Prison's (GSP's) Tier II Program segregation units or other segregation units that indefinitely confine persons to their cells for 22 or more hours per day. A subclass consists of all persons who are now or will in the future be held in GSP's Tier II Program segregation units or other segregation units that indefinitely confine persons to their cells for 22 or more hours per day, and who are or have ever been classified by the Georgia Department of Corrections as Mental Health Level II or above. As explained in the attached brief, Plaintiffs meet the requirements for class certification under Rule 23.

## CONCLUSION

The Court should certify (1) a class consisting of all persons who are now or will in the future be held in GSP's Tier II Program segregation units or other segregation units that indefinitely confine persons to their cells for 22 or more hours per day, and (2) a subclass consisting of all persons who are now or will in the future be held in GSP's Tier II Program segregation units or other segregation units that indefinitely confine persons to their cells for 22 or more hours per day, and who are or have ever been classified by the Georgia Department of Corrections as Mental Health Level II or above.

Respectfully submitted this 16th day of September, 2021.

James F. Bogan III (Ga. Bar 065220)
Tamara Serwer Caldas (Ga. Bar 617053)
C. Allen Garrett Jr. (Ga. Bar 286335)
Stephanie N. Bedard (Ga. Bar 825614)
Emilia Stromberg (Ga. Bar 896536)
Desmond M. Dennis (Ga. Bar 511943)
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 816-6555 (fax)
jbogan@kilpatricktownsend.com
tcaldas@kilpatricktownsend.com
agarrett@kilpatricktownsend.com
sbedard@kilpatricktownsend.com
estromberg@kilpatricktownsend.com
ddennis@kilpatricktownsend.com

/s/Alison Ganem
Alison Ganem (Ga. Bar No. 284894)
Ryan Primerano (Ga. Bar 404962)
SOUTHERN CENTER
FOR HUMAN RIGHTS
60 Walton Street, NW
Atlanta, Georgia 30303
(404) 688-1202
(404) 688-9440 (fax)
rprimerano@schr.org
aganem@schr.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing using the CM/ECF system, which will send notification of filing to all counsel of record. In addition, I deposited a copy of the foregoing with the United States Postal Service, first class postage prepaid, in an envelope addressed as follows:

> Timothy Ward
> Ahmed Holt
> Robert Toole
> Jack Sauls
> Ioannis Ioannou
> 300 Patrol Road
> Forsyth, Georgia 31029

/s/ Alison Ganem

September 16, 2021