## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

JOHNELL MIDDLETON *et al.*,

     Plaintiffs,

     v.                                                                 No. 5:21-CV-334-MTT-CHW

TIMOTHY WARD *et al.*,

     Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Johnell Middleton, Jacori Hodges, and Corey Holbrooks; and Defendants Timothy Ward, Ahmed Holt, Robert Toole, Stan Shepard, Jack Sauls, Ioannis Ioannou, Trevonza Bobbitt, Charles Spinn, Josh Wicker, Deidra Edwards, Vikki Irwin, and Juanita Sharpe; through their respective counsel, stipulate that the above-styled action be dismissed without prejudice, with the parties to bear their own costs.

Respectfully submitted,

/s/ Ryan Primerano
Alison Ganem
Ga. Bar No. 284894
Ryan Primerano
Ga. Bar No. 404962
SOUTHERN CENTER
FOR HUMAN RIGHTS
60 Walton Street, N.W.

/s/ Elizabeth Crowder
[Signed with express permission]
Elizabeth Crowder
Ga. Bar No. 100809
Tina M. Piper
Ga. Bar No. 142469
Beth Burton
Ga. Bar No. 027500
Christopher Carr

Atlanta, Georgia 30303
(404) 688-1202
(404) 688-9440 (fax)
aganem@schr.org
rprimerano@schr.org

James F. Bogan III
Ga. Bar No. 065220
Tamara Serwer Caldas
Ga. Bar No. 617053
C. Allen Garrett Jr.
Ga. Bar No. 286335
Stephanie N. Bedard
Ga. Bar No. 825614
Emilia Stromberg
Ga. Bar No. 896536
Desmond M. Dennis
Ga. Bar No. 511943
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 816-6555 (fax)
jbogan@kilpatricktownsend.com
tcaldas@kilpatricktownsend.com
agarrett@kilpatricktownsend.com
sbedard@kilpatricktownsend.com
estromberg@kilpatricktownsend.com
ddennis@kilpatricktownsend.com

*Counsel for Plaintiffs*

Ga. Bar No. 112505
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 458-4323
(404) 463-8864
ecrowder@law.ga.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing by filing it with the Clerk of Court using

the CM/ECF system, which will send notification of filing to all counsel of record.


/s/ Ryan Primerano

March 8, 2022